No. 04–5807. HAMPTON v. MARION ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–5809. ETORIA v. SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5810. DEBOSE v. LAIN. C. A. 5th Cir. Certiorari denied.

No. 04–5818. GRAZIANO v. CUNNINGHAM, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5823. GOTT v. LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–5847. JONES v. SHANNON VILLAS CONDOMINIUM ASSN. Ct. App. Ga. Certiorari denied.

No. 04–5848. LYLE v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5853. KING v. HUNTER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5855. GRATTON v. CEPAK, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5870. SHEEHAN v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 04–5871. WILSON v. BRILEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–5886. CVIJETINOVIC v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–5892. ROACHE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 04–5894. VAUGHAN v. SOUTHERN AIR ET AL. Sup. Ct. Fla. Certiorari denied.